■ CLYDE KEUTZER v. YESHIVA UNIVERSITY.— Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of MARJORIE T. JORDAN, Individually and in Behalf of Various Tenants of Premises 41 Fifth Avenue, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and 30 FIFTH AVE., INC., Intervenor-Respondent.— No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

## (November 30, 1961)

■ JAMES R. DUMPSON, as Commissioner of Welfare of the City of New York, Appellant, v. J. STANLEY COHEN, Respondent.—

It appears from the record that said sum would be payable by defendant attorney to his client, Thelma Weiner, over and above his fees and liens. The assignment by Thelma Weiner to the plaintiff is absolute and complete. It is enforcible by the plaintiff as real party in interest (see Personal Property Law, § 41; *Gellens* v. *11 W. 42nd St.*, 259 App. Div. 435; *Wagner* v. *Braunsberg*, 5 A D 2d 564), and the assignor need not be joined as a party to the action (see *Gleason* v. *Northwestern Mut. Life Ins. Co.*, 203 N. Y. 507; *Segal Lock & Hardware Co.* v. *Markey*, 124 N. Y. S. 2d 181; 2 Carmody-Wait, New York Practice, p. 542). Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ETHEL C. GEARING et al., Individually and as Stockholders of Radium Chemical Company, Inc., Suing in Behalf of Themselves and for the Benefit of Said Corporation, and All Other Stockholders of Said Corporation, Appellants, v. JOSEPH A. KELLY et al., Respondents.— No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, v. JAMES GRAFFAGNINO et al., Respondents.— Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ FRANK P. GREENBERG, Appellant, v. FRANK ZUCKER et al., Respondents.— No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ EDNA DENBERG, Appellant, v. JEROME A. DENBERG, Respondent.— No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST REED, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BIRCH, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.